# CASE ANNOUNCEMENTS

*August 3, 2010*

[Cite as *08/03/2010 Case Announcements*, 2010-Ohio-3557.]

## MOTION AND PROCEDURAL RULINGS

**2010–0586.   State ex rel. Alston v. Interpak, Inc.**
Franklin App. No. 09AP–534, 2010-Ohio-790. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion to withdraw as counsel for appellant without substitution,
   It is ordered by the court that the motion is granted.

**2010–0992.   Wilhelm–Kissinger v. Kissinger.**
Summit App. No. 25105. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellant's motion to seal a portion of the record,
   It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*August 4, 2010*

[Cite as *08/04/2010 Case Announcements*, 2010-Ohio-3568.]

## MOTION AND PROCEDURAL RULINGS

**2008–0525.   State v. Jones.**
Summit C.P. No. CR–2007–04–1294. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for new attorneys to be appointed for the direct appeal,
   It is ordered by the court that the motion is denied.